**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN W. MAGNESS                                                                                          PLAINTIFF
ADC #150340

v.                                          NO. 4:14CV00180 JLH

DEXTER PAYNE, *et al*.                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's amended complaint is DISMISSED WITHOUT PREJUDICE with respect to his retaliation claims, and DISMISSED WITH PREJUDICE in all other respects.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE