IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN W. MAGNESS                                                                                                 PLAINTIFF
ADC #150340

v.                                                    NO. 4:14CV00180 JLH

DEXTER PAYNE, *et al*.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice with respect to plaintiff's retaliation claims, and with prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE